**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CALVIN BRADLEY,**

      **Plaintiff,**

   **v.**
                                     **Civil Action 2:25-cv-959**
                                      **Chief Judge Sarah D. Morrison**
**MATTHEW EICHHORN,** *et al.*,          **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

**ORDER**

Plaintiff, Calvin Bradley, an Ohio inmate proceeding without the assistance of counsel, sues several officers of the Washington County Sheriff's Department under 42 U.S.C. § 1983 for violation of his Fourth Amendment rights arising from an August 5, 2024 traffic stop and subsequent arrest. On February 11, 2026, the undersigned issued an Order and Report and Recommendation that recommended dismissal of Plaintiff's First Amended Complaint for failure to state a claim under 28 U.S.C. § 1915A. (ECF No. 7.) Instead of objecting to that Report and Recommendation, Plaintiff filed a Second Amended Complaint. (ECF No. 11.) Because Plaintiff had already amended his Complaint once as a matter of course under Federal Rule of Civil Procedure 15(a)(1) (*see* ECF No. 4), Plaintiff needed either leave of Court or the written consent of Defendants in order to amend his Complaint a second time. *See* Fed. R. Civ. P. 15(a)(2). Because Plaintiff obtained neither, his Second Amended Complaint was improperly filed.

In light of Plaintiff's *pro se* status, the Court liberally construes Plaintiff's Second Amended Complaint as a motion for leave to amend his Complaint under Rule 15(a)(2). The

early stage of the case, combined with the absence of any prejudice to Defendants, weighs in favor of granting amendment.[1] And because the Second Amended Complaint replaces and supersedes Plaintiff's First Amended Complaint, the portion of the February 11, 2026 Order and Report and Recommendation (ECF No. 7) that recommended dismissal of Plaintiff's First Amended Complaint is **VACATED**.

Accordingly, this matter is now before the Court for the initial screen of Plaintiff's Second Amended Complaint under 28 U.S.C. § 1915A to identify cognizable claims and to recommend dismissal of Plaintiff's Second Amended Complaint, or any portion of it, which is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 608 (6th Cir. 1997). Having performed the initial screen, the undersigned concludes that Plaintiff **MAY PROCEED** on Counts I through IV as set forth in his Second Amended Complaint.

Plaintiff is **ADVISED** that he is responsible for effecting service of process over Defendants in compliance with Federal Rule of Civil Procedure 4(e) within 90 days of the date of this Order.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is **CAUTIONED**, however, that any future amendments must comply with the Federal Rules of Civil Procedure.